IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.M. and R.M., individually and as parents and natural guardians of R.E.M., a minor, | : : | CIVIL ACTION |
| vs. | : | NO. 18-04082 |
| SPRINGFIELD TOWNSHIP SCHOOL DISTRICT, *et al.,* | : | |

**O R D E R**

**AND NOW, TO WIT:** This 23rd day of January, 2020, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

BY: */s/ Katie Rolon*
    Katie Rolon
    Civil Deputy Clerk

Copies Emailed on 1/23/20 to:
  William C. Reil, Esq.
  John E. Freund, III, Esq.
  Brian J. Taylor, Esq.

Civ 2 (7/83)

41.1(b)